IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Sara Winsor,<br><br>　　　　　　　Defendant. | No. 16-9108MJ<br><br>**MATERIAL WITNESS ORDER** |

Defendant Sara Winsor, having been charged in the District of Arizona with a violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and the Court having determined from the affidavit of U.S. Border Patrol Agent Timothy S. Goodin filed in this case, the following persons can provide testimony that is material to the offense(s) alleged in the Complaint:

　Jose Jesus Navarro-Aldama, Luis Najera-Bastidas, and Rolando Arturo Gaxiola-Fontes

　　　The Court finds that it may become impracticable to secure the presence of the witnesses by subpoena in further proceedings because they are not in the United States legally and have no legal residence or employment in this country.

　　　**IT IS ORDERED** that the witnesses shall be detained pursuant to 18 U.S.C. § 3144 in a corrections facility separate, to the extent practicable, from person(s) awaiting

///

///

///

1  or serving sentences or being held in custody pending appeal.  The witnesses shall be
2  afforded a reasonable opportunity for private consultation with counsel.
3        Dated this 14th day of March, 2016.

*[signature: ESWillett]*

Honorable Eileen S. Willett
United States Magistrate Judge